IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SCOTT KOUNOVSKY, | ) | 8:09CV258 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| DOUGLAS COUNTY | ) | |
| CORRECTION CENTER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on its own motion. On September 9, 2009, the court entered a Memorandum and Order directing Plaintiff to file an amended complaint no later than October 9, 2009, in order to state a claim upon which relief may be granted against Defendant. (Filing No. 8.) The court warned Plaintiff that failure to file an amended complaint by that deadline would result in the dismissal of this matter without further notice. (*Id.*) Plaintiff has not filed an amended complaint or any other response to the court's September 9, 2009, Memorandum and Order.

IT IS THEREFORE ORDERED that:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute this matter diligently and failed to comply with this court's orders.

2. A separate judgment will be entered in accordance with this Memorandum and Order.

October 15, 2009.         BY THE COURT:

                          *Richard G. Kopf*
                          United States District Judge